# Exhibit A

**Filed**
**D.C. Superior Court**
**05/09/2022 14:38PM**
**Clerk of the Court**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: **2022 SC3 000567**

Chantelle Hudson
_Plaintiff(s)_
41 Marietta St #645
_Address_
Atlanta, GA 30303
_Zip Code_
Phone No. (470) 624-1601

vs.

Carlos Leslie and Enterprise State's National
_Defendant(s)_
250 East Street S.W.
_Address_
Washington, DC 20515
_Zip Code_

## STATEMENT OF CLAIM

Provided on a separate typed paper

## Request for Relief:

DISTRICT OF COLUMBIA, ss: Chantelle Hudson ___ being first duly sworn on oath says
the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds
of defense.

Chantelle Hudson
_Plaintiff / Agent (Sign and Print Name)_
Title: PIA

41 Marietta St #645 Atlanta GA 30303
_Address_                        _City/State/Zip Code_
LCStickley.2e@yahoo.com  (470) 624-1601
_Email_                        _Phone No._

Subscribed and sworn to before me this ___26___ day of _____ {month} , 20__22__

_____
(Notary Public or Deputy Clerk)

_____ LOPES
NOTARY
EXPIRES
GEORGIA
October 9, 2023
PUBLIC
GWINNETT COUNTY

_Place Notary Seal_

_____          _____
Attorney for Plaintiff (Sign and Print Name)        Bar No.

_____          _____
Address                        City/State/Zip Code

_____          _____
Email                        Phone No.

**See the *Instructions to Defendants* on the back of this form, or attached to this form, for more information.**

CV-471 Dec. 2018                        Small Claims Form 31

Statement of Claim

I applied for a position with AmeriCorps State and National in December 2020.

I was slandered by Caroline Ledlie to AmeriCorps State and National (as well as the colleagues I worked with during my employment with AmeriCorps State and National Georgia) and told specifically by her that she was going to make sure no one and no one else within the Ameri-Corps organization was going to hire me again, and that she was going to make sure of that. Caroline Ledlie slandered me throughout the years (please see my exhibits and supporting documents), out of retaliation for me reaching out to AmeriCorps State and National Corporate offices via three grievances I wrote, along with me telling Americorps State and National Corporate offices that the supervisors Caroline Ledlie and An-thony Crass allowed individuals who they caught with drugs on a feder-al school campus we lived and worked at to continue to work there.

Upon being employed by AmeriCorps State and National in Georgia, I decided to resign from my position as a Life Skills Tutor. Prior to my res-ignation, I filed several grievances and complaints via email to Ameri-Corps State and National concerning the harassment, bullying, assaults, retaliation, and slander that was taking place (with the harassment, bul-lying, retaliation, and slander coming from Caroline Ledlie). The day I put my two weeks notice in, Tony met me in the school cafeteria and said, "what are you doing?" He said, "you need to get your stuff and get yourself out of here right now." I was thrown off campus (we lived there) by Caroline Ledlie and Anthony Crass that same day in which I was homeless for a couple of months since I did not have anywhere to go because I had drove there in my car from Texas to work for this particu-lar organization(AmeriCorps State and National Youth Villages) in Geor-gia. We lived and worked on this school campus. Upon them throwing me off campus, I asked AmeriCorps State and National, and Caroline Ledlie, why did they not release my co-workers who brought drugs on a federal school campus when clearly the policy stated drugs were not al-lowed on a school campus. Caroline retaliated and mentioned that no one else was going to hire me nor hire me again within the AmeriCorps organization, and she was going to make sure of that. Americorps State

and National (Georgia) was overall negligent with the entire situation in which they never reached out to me upon sending grievances to their offices neither reaching out to me after I was thrown off campus. Since Caroline Ledlie worked there for years, they went completely off what she said.

The names of the service members that served alongside me at Ameri-Corps State and National (Youth Villages):

1) Nephthali (I dont remember her last name, but her nickname was "Milli")
2) Eulla Allen
3) Alicia Bradley
4) Jordan Jones
5) Jamie Beeler
6) Addie Adekunle
7) Caley Yakemovich
8) Johanna "Jo" (I don't remember her last name but her name nickname was "Jo")
9 Andrea Edwards
10) Michelle McGhee
11) Latashia Franklin
12) Kristen Johnson
13) Edward Rodriquez
14) Nandi Cotton
15) Vernice Vermicilli ( I think this is how her name is spelled) - she quit within about four months of service because group members were severely harassing and bullying her)
Two members that were added to service I think in January 2015
1)  Carole
2)  I don't remember this group members name

* Caley Yakemovich, Johanna "Jo", and Michelle McGhee would be the members Carline Ledlie formed a clique with that would partake in the bullying, harassment, slander, and assault.
* I have all supporting documents including the job I filled for, the grievances I filed, my two week notice, the harassment and slander done by Caroline Ledlie, and documentation of the assault by Johanna "Jo".

This is the text message, Nandi Cotton the team leader at the time sent out to us Americorps State and National members stating that one of our team members had brought drugs on a federal school campus



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: **2022 SC3 000567**

Chauntelle Huxon
41 Marietta St #645 *Plaintiff(s)*
Atlanta, GA 30301
_____
*Address*          *Zip Code*

vs.

Americorp State and National *Defendant(s)*
250 East Street S.W.
Washington, DC 20525
_____
*Address*          *Zip Code*

Phone No (470) 624-1601

### Notice

You are hereby notified that ___Chauntelle Huxon___ has made a claim and is requesting judgment against you in the sum of _Five thousand and seven hundred_ dollars ($ 5,700 ), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on **a date to be determined** in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B, _____.

*(Located on 4th Street, NW, between E and F Streets. Closest metro ~~Judic W. M~~ ..d Line)*

_____
**Clerk of the Court or Deputy Clerk**
**Superior Court of the District of Columbia**

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

* * *

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

* * *

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          번역을 원하시면, (202) 879-4828 로 전화주십시오

Để có một bài dịch, hãy gọi (202) 879-4828           የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

CV-471-Dec. 2018                                                                                    Small Claims Form 11

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: _____

Chantelle Hudson _____ Caroline Ledlie _____
_____ *Plaintiff(s)* vs. _____ *Defendant(s)*
41 Marietta St #1045        250 East Street S.W.
Atlanta, GA   30301        Washington, DC 20525    **2022 SC3 000567**
*Address*        *Zip Code*    *Address*        *Zip Code*

Phone No. (470) 624-1607

## Notice

You are hereby notified that ___Chantelle Hudson___ has made a

claim and is requesting judgment against you in the sum of ___five thousand and seven hundred___

dollars ($ 5,700 ), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on **a date to be determined** in the Small Claims

and Conciliation Branch, 510 4th Street, N.W., Court Building B, _____.

*(Located on 4th Street, NW, between E and F Streets. Closest metro stop: Judiciary Square, Red Line)*

_____
Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

• • •

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

• • •

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828        የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

## Instructions to Defendants

*Important*:

**You must come to court on the date and time stated on the Notice to avoid the entry of a judgment by default. If you do not come to court for your hearing, a judgment by default may be entered against you for the amount of money demanded in the Statement of Claim. If that happens, the plaintiff could take money from your paycheck or your bank account, or take and sell your personal property, to pay the claim.**

**If you cannot come to court for your hearing, call the Small Claims Clerk's Office at (202) 879-1120 as soon as you can for more information. You must go to the hearing unless the hearing is continued or cancelled. To find out if your hearing is still scheduled call the Small Claims Clerk's Office. Even if you want to admit the claim, and just need more time to pay, you must still come to court to explain your situation.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with the parties to see if they can agree to a settlement. If the parties cannot reach a settlement with the mediator, then the case can be scheduled for a trial on another day.

If the plaintiff in your case has a lawyer, that lawyer's name and contact information are on the Statement of Claim. You may contact the plaintiff's lawyer about this case. You do not have to have a lawyer, but you may choose to get a lawyer or look for legal advice about this matter.

If you want a lawyer, but cannot afford to pay one, there are many organizations that may be able to help you, including:

- Legal Aid Society of the District of Columbia: (202) 628-1161
- Legal Counsel for the Elderly (if age 60+): (202) 434-2120
- Tzedek DC: (202) 274-7386
- Neighborhood Legal Services Program: (202) 832-6577
- DC Law Students in Court: (202) 638-4798

You may also get help from the Consumer Law Resource Center, or the Small Claims Resource Center. The Consumer Law Resource Center is open on Wednesdays from 9:15 a.m. to 12:00 p.m. The Small Claims Resource Center is open on Thursdays, 9:15 a.m. to 12:00 p.m. Both are located in Room 208, Court Building B, 510 4th Street, N.W., Washington, DC 20001. The resource centers may close their intake early if too many people have already signed in. They must prioritize people with a court hearing scheduled on that day. There is no guarantee that people without hearings on that day will be seen. Arriving early increases your chances of receiving services. Please expect a wait.

If you have witnesses, books, receipts, or other documents that relate to this case, you should bring them with you to court. If you want to have witnesses summoned to come to court, contact the Small Claims Clerk's Office for more information.

When you contact the Small Claims Clerk's Office about your case, remember to include your case number, contact information, and court date. Please know that court employees are not allowed to give you legal advice.

**Puede obtenerse copias de este formulario en Español en el Tribunal Superior del Distrito de Columbia, Edificio B, 510 4th Street, NW, Room 120, Washington, D.C. 20001, o ver: www.dccourts.gov.**

**You can get a copy of this form in Spanish at the Superior Court of the District of Columbia, Building B, 510 4th Street NW, Room 120, Washington, D.C. 20001, or at: www.dccourts.gov.**



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division — Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Chantelle Hudson
**Plaintiff(s)**

*(The information collected on this form is used solely for court administration and statistical purposes.)*

v.

Americross International AND Caroline LeDLTE
**Defendant(s)**

| | |
|---|---|
| Chantelle Hudson | **Relationship to Lawsuit:** |
| **Name** *(please print or type)* | ☐ Attorney for Plaintiff  ☑ Self (Pro Se / No Attorney) ☐ Other: _____ |
| N/A | **Service Method:** |
| **Firm Name** *(if applicable)* | ☑ Certified Mail by Clerk (How many?  2  ) |
| (470) 624-1601 | ☐ With Restricted Delivery *(check if applicable)* |
| **Telephone No.**          **Bar. No.** | ☐ Registered Mail by Clerk (How many? _____ ) |
| | ☐ With Restricted Delivery *(check if applicable)* |
| | ☐ Special Process Server (You must file an Application for Approval of Special Process Server) |

Do you need an interpreter?  ☐ Yes  ☑ No   *If yes, which language(s)?* _____

Amount in Controversy:   ☐ $1 - $500   ☐ $500.01 - $2,500   ☑ $2,500.01 - $10,000

Pending or re-filed case(s) related to the action being filed:

Case No.: _____      Case No.: _____

## NATURE OF SUIT: *(Check ONE box only that most accurately describes your primary case)*

### A. CONTRACTS – a claim based on an agreement between parties made either orally or in writing

| | | |
|---|---|---|
| ☐ Breach of Contract | ☐ Breach of Warranty | ☐ Personal Property |
| ☐ Negotiable Instrument | ☐ Loan | ☐ Rent Due |
| ☐ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☐ Debt Suit | ☐ Home Improvement Contract | ☐ Oral |

### B. PROPERTY TORTS – a claim for an injury or wrong committed on the property of another

| | | |
|---|---|---|
| ☐ Automobile | ☐ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

### C. PERSONAL TORTS – a claim for an injury or wrong committed on the person of another

| | | | |
|---|---|---|---|
| ☐ Assault and Battery | ☐ Personal Injury | ☑ Libel and Slander | ☐ Slip and Fall |
| ☐ Automobile | ☐ Fraudulent Misrepresentation | ☐ Negligence | |

| | |
|---|---|
| **D.** ☐ **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement | **E.** ☐ **SUBROGATION** – a claim filed by one person in the place of another |
| **F.** ☐ **FOREIGN JUDGMENT (DOMESTIC)** – judgment, decree or order filed from another jurisdiction | **G.** ☐ **COLLECTION** – a claim filed by a seller / lender to collect a consumer debt |

**H.** ☐ **FOREIGN JUDGMENT (INTERNATIONAL)** – judgment, decree or order filed from another country

**I.** ☐ **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing?  ☐ Yes  ☐ No

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ 6.75 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ 6.75

Total Postage and Fees
$ 6.75

Sent To  Americorps State & National
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7018 0360 0000 2713 6451

ᴵ A receipt (this portion of the Certified Mail label).

ᴵ A unique identifier for your mailpiece.

ᴵ Electronic verification of delivery or attempted delivery.

ᴵ A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

ᴵ You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.

ᴵ Certified Mail service is *not* available for international mail.

ᴵ Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.

ᴵ For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:

- Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.

- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).

- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

■ To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERICORPS STATE AND NATIONAL
250 East Street, SW
WASHINGTON, DC 20525
2022 SC3 000567

9590 9402 2924 7094 3337 72

2. Article Number *(Transfer from service label)*

7018 0360 0000 2713 6451

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING #

9590 9402 2924 7094 3337 72

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

District Of Columbia Superior Court
Small Claims and Conciliation Branch
510 4th Street, N.W., Building B, Room120

**SUPERIOR COURT**
**OF THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

**OFFICIAL BUSINESS**
**PENALTY FOR MISUSE**



CERTIFIED MAIL®

7018 0360 0000 2713 6451

AMERICORPS STATE AND NATIONAL
250 East Street, SW
WASHINGTON, DC  20525
2022 SC3 000567

**Civil Division Small Claims and Conciliation Branch**
510 4th Street, N.W., Building B, Room 120, Washington, D.C. 20001
**(202) 879-1120** www.dccourts.gov

October 18, 2022

CASE NAME:   CHOUNTELLE HUDSON  vs.  AMERICORPS STATE AND NATIONAL
CASE NO.    2022 SC3 000567

The Small Claims case listed above has been continued for a virtual <u>Continued Initial Hearing</u> on the date and time shown below. All parties shall appear virtually before a Magistrate Judge. SMALL CLAIMS JUDGE

**HEARING DATE: December 19, 2022     TIME: 9:00 am Virtual    LOCATION Small Claims Courtroom B-119**

**DO NOT COME TO COURTHOUSE. You may participate in the hearing by video or audio.**

**If your hearing is in virtual courtroom B-119:**
    **Participate by video here:** https://dccourts.webex.com/meet/ctbb119.
    **Participate by telephone by calling:**     (202) 860-2110 (local) or (844)992-4726 (toll free)
                                        Meeting ID: 129 230 4882 ##
For free legal assistance, call the <u>Small Claims Resource Center</u> at (202) 849-3608.

**If your hearing is in virtual courtroom 205:**
    **Participate by video here:** https://dccourts.webex.com/meet/ctB205
    **Participate by telephone by calling:**     (202) 860-2110 (local) or (844) 992-4726 (toll free)
                                        Meeting ID: 129 814 7399 ##

For free legal assistance in debt collection cases, call the <u>DC Debt Collection Defense Hotline</u> at (202) 851-3387.

At least a week before the hearing, call (202) 879-1120 or email <u>SmallClaimsDocket@dcsc.gov</u> to provide your

Los servicios de interpretación están disponibles llamando al (202) 879-4828, o enviando un correo electrónico a interpreters@dcsc.gov



First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

ZIP 20001   $ 000.5
02 4W
0000380478 OCT 19 2

D. C. Superior Court
510 4th Street, N.W., Bldg. B
Small Claims Branch
Washington D.C. 20001

CAROLINE LEDLIE
250 East Street, SW
WASHINGTON, DC 20525

2022 SC3 000567

---

Los servicios de interpretación están disponibles llamando al (202) 879-4828, o enviando un correo electrónico a interpreters@dcsc.gov



ZIP 20001   $ 000.5
02 4W
0000380478 OCT 19 2

First Class Mail

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Small Claims and Conciliation Branch**

| | |
|---|---|
| **CHOUNTELLE HUDSON,**<br>      **Plaintiff,**<br><br>      **v.**<br><br>**AMERICORPS STATE AND NATIONAL**<br>      *et al,*<br>      **Defendant.** | **Case No. 2022 SC3 000567**<br><br>**Magistrate Judge Rahkel Bouchet**<br><br>**Next Event: Remote Scheduling Conference**<br>**February 24, 2023 at 9:30 a.m.**<br><br>**Remote Courtroom 318** |

### ORDER FOR REMOTE SCHEDULING CONFERENCE

This matter was before the Court on January 24, 2023, for a Further Initial Hearing. All parties appeared *pro se*. Defendant did not consent to Magistrate Judge. The Court granted certified the case to Associate Judge Milton Lee. This matter is scheduled for a remote scheduling conference on February 24, 2023, before Judge Milton Lee.  Due to the coronavirus ("COVID-19") public health emergency, the hearing shall be a remote hearing. The remote hearing will be held on:

**DATE: February 24, 2023          at TIME: 9:30 a.m.**

### LOGIN INFORMATION:

Instructions for how to access the hearing are attached to and incorporated in this Order.  Parties must comply with all of the attached instructions for participation in the remote hearing.  Parties must check in to the remote hearing room by following the access instructions no less than **15 minutes before the start time of the hearing.** Parties must remain available until the conclusion of the hearing. Any party who has difficulties accessing

the hearing can call the Judge's chambers at **(202) 879-0463**. Audio- or video-recording of remote proceedings is prohibited.

## LEGAL SERVICES PROVIDERS:

The parties may visit the Superior Court's website for more information about the Small Claims & Conciliation Branch at https://www.dccourts.gov/services/civil-matters/requesting-10k-or-less. If parties wish to consult with legal services providers, the Court encourages them to do so in advance of the scheduled hearing by visiting the D.C. Bar website at www.lawhelp.org/DC/. The parties may also contact the Neighborhood Legal Services Program Small Claims Resource Center Hotline at (202) 849-3608.

## FILINGS BY PARTIES:

The Court will not file documents on behalf of self-represented parties and parties should not email documents to the Court. The parties can find fillable PDF templates online at https://www.dccourts.gov/services/forms/forms-by-location?location=smallclaims.

Self-represented litigants can file documents by one of three methods:

1. Electronically via CaseFileXpress. More information regarding this process can be found on the Court's website at www.dccourts.gov under the DC Superior Court eFiling "Learn More" tab. If a party has any questions or needs additional support with using the eFiling system, they can contact File & ServeXpress by the following methods: call Client Support at 1-888-529-7587; or email them at support@fileandserve.com; or use the chat line feature at https://www.fileandservexpress.com. Videos that guide filers through the process may be found at https://www.fileandservexpress.com/dc/. Filers who have a fee waiver can obtain a special code that allows them to file without Court or CFX fees. To get this code, such filers should call (202) 879-1133 or email Civildocket@dcsc.gov.

2. U.S. mail to the following address:

   Superior Court of the District of Columbia
   Civil Clerk's Office – Room 5000
   500 Indiana Avenue, NW
   Washington, DC  20001

3.  Putting the document in the drop box on the first floor of the Moultrie Courthouse at:

> Superior Court of the District of Columbia
> 500 Indiana Avenue, NW
> Washington, DC  20001

Therefore, it is on January 31, 2023, hereby:

**ORDERED** that the parties shall appear for a Remote Scheduling Conference in front

of Judge Milton Lee on February 24, 2023, at 9:30 a.m. in remote courtroom 318.

**SO ORDERED**.

———————————————

**Magistrate Judge Rahkel Bouchet**
*(Signed in Chambers*

**Copies by USPS/Electronic Service**

Chountelle Hudson
41 Marietta Street #645
Atlanta, GA 30301
LCStuckey1@yahoo.com
*Plaintiff*

AmericCorps State and National
250 East Street, SW
Suite 4100
Washington, DC 20525
bfetrow@cns.gov
*Defendant*

Caroline Ledlie
250 East Street SW
Washington, DC 20525
*Defendant*

**INSTRUCTIONS FOR PARTICIPATING IN REMOTE HEARINGS**

During the pandemic, the Court is holding only remote hearings.  Here are instructions for participating by video or audio.  Participating by video requires a laptop, desktop, tablet, or smartphone.

Whatever method you use, please mute your device if you are not speaking.  If you are using your computer and have problems with the sound, please disconnect and dial in by phone.

If you have problems accessing the hearing, call Judge Lee's chambers at (202) 879-0200.

If you participate by video, you can enable or disable your camera, depending on whether you would like to be seen.  The camera icon will be red when the camera is disabled

**Video Option 1:**
1. Open a Web browser (preferably Google Chrome).
2. Type into your browser: https://dccourts.webex.com.
3. Enter the Meeting ID: 129 801 7169.
4. Hit "Enter" and then click "Join Meeting."
5. Enter your name and email address
6. Click "Next" and then "Join Meeting."

**Video Option 2:**
1. Open a Web browser (preferably Google Chrome).
2. Type into your browser:  https://dccourts.webex.com/meet/ctb318
3. Your browser may prompt you to download the Cisco WebEx Application.
4. If you do not wish to download the application, click "Join from your browser."
5. Enter your name and email address
6. Click "Next" and then "Join Meeting."

**Video Option 3 (for smartphones and tablets):**
1. Go to the App Store and download the WebEx app (Cisco WebEx Meetings).
2. Click "Join Meeting."
3. Enter the Meeting ID:  129 801 7169 in the space entitled "Meeting Number or URL."
4. Enter your name and email address, then click "Join."

**Audio-only Option**
1. Call (202) 860-2110 (local) or 1 (844) 992-4726 (toll free).
2. Enter the Meeting ID: 129 801 7169 ##.

# Tips for Attending Remote Hearings-Civil Division

*Courtrooms are closed because of the COVID-19 or coronavirus pandemic. Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing. If you lose your written notice, call the Civil Division for instructions at:

 (202) 879-1148

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

- You may want to contact an attorney for legal help.

  Small Claims Resource Center at (202) 849-3608

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says "List of Legal Service Providers for Those Without an Attorney."

- Evidence: If you want to use photos, video or documents, let the judge know as soon as possible.

- Witnesses: Tell the judge as soon as possible if you want a witness to testify.

- Accommodations & Language Access: Let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing

- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking.

- Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones, if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you.

- Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
(Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.



- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

 

# District of Columbia Courts
## Tips for Using DC Courts Remote Hearing Sites

The DC Courts have remote hearing sites available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are five remote access sites throughout the community which will operate: Monday – Friday, 8:30 am – 4:00 pm.

**The remote site locations are:**

**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020



**Remote Site - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Remote Site - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Remote Site - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor – Community Room
Washington, DC 20009

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900** at least 24 hours in advance of your hearing so the Courts can make arrangements.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.
4. A facial covering will be required for entry into the remote hearing location; if you do not have a facial covering one will be provided.

**\*Safety and security measures are in place at the remote sites.\***

Contact information to schedule your remote access computer station:
Call:  **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov