UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHOUNTELLE HUDSON,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 23-0318 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Alexander Schreiber as additional counsel for defendants in the above captioned case.

Dated: February 10, 2023
Washington, D.C.

Respectfully submitted,

 */s/ Alexander Schreiber*
ALEXANDER SCHREIBER
DC Bar #1724820
Special Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street N.W.
Washington, D.C. 20530
Telephone: (202) 252-7035
Alexander.Schreiber@usdoj.gov

*Counsel for Defendants*