**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

Chountelle Hudson
Plaintiff
41 Marietta Street Unit 645
Address
Atlanta, Georgia 30301
City State Zip Code

Leave to file
**GRANTED**
as "Motion for Discovery"
*Tanya S. Chutkan*
8/2/2023

VS                                CIVIL ACTION NO. 23-cv-00318-TSC

United States of America et al
Defendant
United States Attorney Office 601 D Street
Address
Washington, DC 20530
City State Zip Code

**Request for Production of Documents**

Comes now, Chountelle Hudson, Plaintiff, in the above-captioned case, respectfully asking the court for a request of documents by the defendants:

**Request 1:**

Request of documents demonstrating the AmeriCorps member that brought drugs onto the school campus was terminated (i.e let go, released of their duties)

**Request 2:**

Request of documents of emails between defendant Caroline Ledlie and Colton Powell (the contact person for the position of VISTA Affordable Housing Preservation Project).

**Request 3:**

Request of documents demonstrating the federal agency AmeriCorps State and National reached out to me via email and/or phone upon my submission of three (3) grievances.

**Request 4:**



**RECEIVED**
JUL 31 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Request of documents demonstrating AmeriCorps State and National provided an EEO complaint form and investigated matters involving my grievances.

**Signature**

Chountelle Hudson
Name
41 Marietta Street Unit 645
Address
Atlanta, Georgia 30301
City, State, Zip Code

Date: August 1, 2023