UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

<u>Chountelle Hudson</u>
Plaintiff
<u>41 Marietta Street Unit 645</u>
Address
<u>Atlanta, Georgia 30301</u>
City State Zip Code

VS                                    CIVIL ACTION NO. 23-cv-00318-TSC

<u>United States of America et al</u>
Defendant
<u>United States Attorney Office 601 D Street</u>
Address
<u>Washington, DC 20530</u>
City State Zip Code

## Motion to Add Exhibits

Comes now, Chountelle Hudson, Plaintiff, in the above-captioned case, respectfully asking the court for a request to add exhibits.

**Exhibit One (1)** demonstrates me reaching out to both agencies AmeriCorps State and National headquarters in Washington, D.C., and the State of Georgia (DCA) office. My grievances were provided in the "Response to Dismiss" submitted to the courts; this exhibit just demonstrates an actual email being sent to all parties with the date and time documented. As stated in my claim, no one from AmeriCorps headquarters reached out to me, two individuals from YouthVillages reached out when I submitted my third and final grievance.

**Exhibit Two (2)** demonstrates the numerous threats of eviction I had been receiving. As mentioned in my claim, I was homeless for a couple of months in Georgia (I was stuck in Georgia) because I wasn't able to go back to Texas after they told me to leave campus the same day I put my two weeks notice in. A couple of months later, I found a place, but it wasn't the best living situation as I was exposed to black mold that made me very sickly, along with the stress of barely being able to afford the unit, but I had to do something to get myself off the street. The defendants argued my case and claim as being "entertainment" or something "they will not entertain". Nonetheless, this was my quality of life that was affected which caused much pain, suffering, and anguish as a result of sheer negligence, abuse behavior and actions.



**RECEIVED**
AUG  2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## Exhibit One (1)





# Exhibit Two (2)











Respectfully Submitted,

**Signature**

<u>Chountelle Hudson</u>
Name

<u>41 Marietta Street Unit 645</u>
Address

<u>Atlanta, Georgia 30301</u>
City, State, Zip Code

Date: August 3, 2023