UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Chountelle Hudson
Plaintiff
41 Marietta Street Unit 645
Address
Atlanta, Georgia 30301
City State Zip Code

VS                                    CIVIL ACTION NO. 23-cv-00318-TSC

United States of America et al
Defendant
United States Attorney Office 601 D Street
Address
Washington, DC 20530
City State Zip Code

### Response to Minute Order

Comes now, Chountelle Hudson, Plaintiff, in the above-captioned case, responding to the August 4, 2023 and August 24, 2023 minute order.

With respect to the Judge, Courts, and it rules, per Local Civil Rule 7(m), I will confer with opposing before moving forward to file a nondispositive motion. I will contact the defendant(s) lawyer this week before Thursday, August 29, 2023 and follow back up with the courts with what is requested.

Respectfully Submitted, This day of August 29, 2023,

Chountelle Hudson
Name
41 Marietta Street Unit 645
Address

**RECEIVED**



AUG 29  2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

<u>Atlanta, Georgia 30301</u>
City, State, Zip Code

Case 1:23-cv-00318-TSC   Document 28   Filed 08/29/23   Page 2 of 2