UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

<u>Chountelle Hudson</u>
Plaintiff
<u>41 Marietta Street Unit 645</u>
Address
<u>Atlanta, Georgia 30301</u>
City State Zip Code


VS                                              CIVIL ACTION NO. 23-cv-00318-TSC


<u>United States of America et al</u>
Defendant
<u>United States Attorney Office 601 D Street</u>
Address
<u>Washington, DC 20530</u>
City State Zip Code


**<u>Motion to Amend</u>**

Comes now, Chountelle Hudson, Plaintiff, respectfully providing the Judge and Courts the defendant's statement per Local Civil Rule 7(m), whereby the defendant's lawyer and myself conferred Tuesday, September 12, 2023 with a request for me to email them the amendment, which I did on September 13, 2023; thereafter on September 20, 2023 via email, the defendant's lawyer provided an official response to my motion to amend that read, "Defendant, respectfully, opposes Plaintiff's request for leave to amend." The motion to amend attached alongside this page, is the same document emailed to the defendant's lawyer on September 13, 2023.

I, Chountelle Hudson, Plaintiff, have observed the defendants statement, however, I am respectfully asking the Judge and Courts if I can submit my motion to amend whereby the original statement of claim and motion to amend is attached alongside this page.

Respectfully Submitted, This day of September 28, 2023,



<u>Chountelle Hudson</u>



RECEIVED
SEP 28 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Name
<u>41 Marietta Street Unit 645</u>
Address
<u>Atlanta, Georgia 30301</u>
City, State, Zip Code

Filed
D.C. Superior Court
05/09/2022 14:38PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: **2022 SC3 000567**

Plaintiff(s): Chantelle Hudson
Address: 41 Marietta St #645, Atlanta GA 30301
Phone No: (470) 624-1607

vs.

Defendant(s): Arden Leslie and Kininger Shrek's Hotel
Address: 250 East Street S.W., Washington, D.C. 21515

### STATEMENT OF CLAIM

Provided as a separate typed paper

### Request for Relief:

DISTRICT OF COLUMBIA, ss: Chantelle Hudson, being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff (Agent) Sign and Print Name: Chantelle Hudson
Address: 41 Marietta St #645 Atlanta GA 30301
Title: PLA
Email: cstickey1@yahoo.com
Phone No: (470) 624-1607

Subscribed and sworn to before me this 26 day of January, 2023

Notary Public or Deputy Clerk [seal: R. Lopez, Notary Public, Georgia, Gwinnett County]

Attorney for Plaintiff (Sign and Print Name): _____  Bar No: _____
Address: _____  City/State/Zip Code: _____
Email: _____  Phone No: _____

See the *Instructions to Defendants* on the back of this form, or attached to this form, for more information.

CV-471-Dec. 2018                                                      Small Claims Form 13

Statement of Claim

I applied for a position with AmeriCorps State and National in December 2020.

I was slandered by Caroline Ledlie to AmeriCorps State and National (as well as the colleagues I worked with during my employment with AmeriCorps State and National Georgia) and told specifically by her that she was going to make sure no one and no one else within the AmeriCorps organization was going to hire me again, and that she was going to make sure of that. Caroline Ledlie slandered me throughout the years (please see my exhibits and supporting documents), out of retaliation for me reaching out to AmeriCorps State and National Corporate offices via three grievances I wrote, along with me telling Americorps State and National Corporate offices that the supervisors Caroline Ledlie and Anthony Crass allowed individuals who they caught with drugs on a federal school campus we lived and worked at to continue to work there.

Upon being employed by AmeriCorps State and National in Georgia, I decided to resign from my position as a Life Skills Tutor. Prior to my resignation, I filed several grievances and complaints via email to AmeriCorps State and National concerning the harassment, bullying, assaults, retaliation, and slander that was taking place (with the harassment, bullying, retaliation, and slander coming from Caroline Ledlie). The day I put my two weeks notice in, Tony met me in the school cafeteria and said, "what are you doing?" He said, "you need to get your stuff and get yourself out of here right now." I was thrown off campus (we lived there) by Caroline Ledlie and Anthony Crass that same day in which I was homeless for a couple of months since I did not have anywhere to go because I had drove there in my car from Texas to work for this particular organization(AmeriCorps State and National Youth Villages) in Georgia. We lived and worked on this school campus. Upon them throwing me off campus, I asked AmeriCorps State and National, and Caroline Ledlie, why did they not release my co-workers who brought drugs on a federal school campus when clearly the policy stated drugs were not allowed on a school campus. Caroline retaliated and mentioned that no one else was going to hire me nor hire me again within the AmeriCorps organization, and she was going to make sure of that. Americorps State

and National (Georgia) was overall negligent with the entire situation in which they never reached out to me upon sending grievances to their offices neither reaching out to me after I was thrown off campus. Since Caroline Ledlie worked there for years, they went completely off what she said.

The names of the service members that served alongside me at Ameri-Corps State and National (Youth Villages):

1) Nephthali (I dont remember her last name, but her nickname was "Milli")
2) Eulla Allen
3) Alicia Bradley
4) Jordan Jones
5) Jamie Beeler
6) Addie Adekunle
7) Caley Yakemovich
8) Johanna "Jo" (I don't remember her last name but her name nickname was "Jo")
9 Andrea Edwards
10) Michelle McGhee
11) Latashia Franklin
12) Kristen Johnson
13) Edward Rodriquez
14) Nandi Cotton
15) Vernice Vermicilli ( I think this is how her name is spelled) - she quit within about four months of service because group members were severely harassing and bullying her)
Two members that were added to service I think in January 2015
1)  Carole
2)  I don't remember this group members name

* Caley Yakemovich, Johanna "Jo", and Michelle McGhee would be the members Carline Ledlie formed a clique with that would partake in the bullying, harassment, slander, and assault.
* I have all supporting documents including the job I filled for, the grievances I filed, my two week notice, the harassment and slander done by Caroline Ledlie, and documentation of the assault by Johanna "Jo".

This is the text message, Nandi Cotton the team leader at the time sent out to us Americorps State and National members stating that one of our team members had brought drugs on a federal school campus



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: **2022 SC3 000567**

Plaintiff(s): Chauntelle Hudson
41 Marietta St. #645
Atlanta, GA 30301
Phone No. (470) 624-1601

vs.

Defendant(s): AmeriCorps State and National
250 East Street S.W.
Washington, DC 20525

### Notice

You are hereby notified that __Chauntelle Hudson__ has made a claim and is requesting judgment against you in the sum of __five thousand and seven hundred__ dollars ($ __5,700__ ), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on **a date to be determined** in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B, _____.

(Located on 4th Street, NW, between E and F Streets. Closest metro _Judiciary Sq._ ?d Line)

_____
Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

• • •

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

• • •

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828      ትርጉም ዝግጅት ለማግኘት (202) 879-4828 ይደውሉ

CV-471/Dec. 2018                                                                                                Small Claims Form 11

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: **2022 SC3 000567**

Plaintiff(s): **Chantelle Hudson**
Address: **41 Marietta St #645, Atlanta, GA 30301**
Phone No. **(470) 624-1607**

vs.

Defendant(s): **Caroline Ledlie**
Address: **250 East Street S.W., Washington, DC 20525**

### Notice

You are hereby notified that **Chantelle Hudson** has made a claim and is requesting judgment against you in the sum of **five thousand and seven hundred** dollars ($**5,700**), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on **a date to be determined** in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B, _____.

(Located on 4th Street, NW, between E and F Streets. Closest metro stop: Judiciary Square, Red Line)

Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

...

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

...

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

## Instructions to Defendants

### *Important*:

**You must come to court on the date and time stated on the Notice to avoid the entry of a judgment by default. If you do not come to court for your hearing, a judgment by default may be entered against you for the amount of money demanded in the Statement of Claim. If that happens, the plaintiff could take money from your paycheck or your bank account, or take and sell your personal property, to pay the claim.**

**If you cannot come to court for your hearing, call the Small Claims Clerk's Office at (202) 879-1120 as soon as you can for more information. You must go to the hearing unless the hearing is continued or cancelled. To find out if your hearing is still scheduled call the Small Claims Clerk's Office. Even if you want to admit the claim, and just need more time to pay, you must still come to court to explain your situation.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with the parties to see if they can agree to a settlement. If the parties cannot reach a settlement with the mediator, then the case can be scheduled for a trial on another day.

If the plaintiff in your case has a lawyer, that lawyer's name and contact information are on the Statement of Claim. You may contact the plaintiff's lawyer about this case. You do not have to have a lawyer, but you may choose to get a lawyer or look for legal advice about this matter.

If you want a lawyer, but cannot afford to pay one, there are many organizations that may be able to help you, including:
- Legal Aid Society of the District of Columbia: (202) 628-1161
- Legal Counsel for the Elderly (if age 60+): (202) 434-2120
- Tzedek DC: (202) 274-7386
- Neighborhood Legal Services Program: (202) 832-6577
- DC Law Students in Court: (202) 638-4798

You may also get help from the Consumer Law Resource Center, or the Small Claims Resource Center. The Consumer Law Resource Center is open on Wednesdays from 9:15 a.m. to 12:00 p.m. The Small Claims Resource Center is open on Thursdays, 9:15 a.m. to 12:00 p.m. Both are located in Room 208, Court Building B, 510 4th Street, N.W., Washington, DC 20001. The resource centers may close their intake early if too many people have already signed in. They must prioritize people with a court hearing scheduled on that day. There is no guarantee that people without hearings on that day will be seen. Arriving early increases your chances of receiving services. Please expect a wait.

If you have witnesses, books, receipts, or other documents that relate to this case, you should bring them with you to court. If you want to have witnesses summoned to come to court, contact the Small Claims Clerk's Office for more information.

When you contact the Small Claims Clerk's Office about your case, remember to include your case number, contact information, and court date. Please know that court employees are not allowed to give you legal advice.

**Puede obtenerse copias de este formulario en Español en el Tribunal Superior del Distrito de Columbia, Edificio B, 510 4th Street, NW, Room 120, Washington, D.C. 20001, o ver: www.dccourts.gov.**

**You can get a copy of this form in Spanish at the Superior Court of the District of Columbia, Building B, 510 4th Street NW, Room 120, Washington, D.C. 20001, or at: www.dccourts.gov.**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division — Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Plaintiff(s): Chandelle Hudson

v.

Defendant(s): Americorps State National AND Caroline Leslie

*(The information collected on this form is used solely for court administration and statistical purposes.)*

Name (please print or type): Chandelle Hudson
Firm Name (if applicable): N/A
Telephone No.: (470) 624-6021
Bar. No.:

**Relationship to Lawsuit:**
☐ Attorney for Plaintiff ☑ Self (Pro Se / No Attorney)
☐ Other: _____

**Service Method:**
☑ Certified Mail by Clerk (How many? 2)
  ☐ With Restricted Delivery (check if applicable)
☐ Registered Mail by Clerk (How many? ___)
  ☐ With Restricted Delivery (check if applicable)
☐ Special Process Server (You must file an Application for Approval of Special Process Server)

Do you need an interpreter? ☐ Yes ☑ No   If yes, which language(s)? _____

Amount in Controversy: ☐ $1 - $500 ☐ $500.01 - $2,500 ☑ $2,500.01 - $10,000

Pending or re-filed case(s) related to the action being filed:
Case No.: _____   Case No.: _____

**NATURE OF SUIT:** *(Check ONE box only that most accurately describes your primary case)*

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
☐ Breach of Contract ☐ Breach of Warranty ☐ Personal Property
☐ Negotiable Instrument ☐ Loan ☐ Rent Due
☐ Unpaid Wages ☐ Services Rendered ☐ Security Deposit
☐ Debt Suit ☐ Home Improvement Contract ☐ Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
☐ Automobile ☐ Conversion ☐ Shop Lifting
☐ Property Damage ☐ Destruction of Property ☐ Trespass

**C. PERSONAL TORTS** – a claim for an injury or wrong committed on the person of another
☐ Assault and Battery ☐ Personal Injury ☑ Libel and Slander ☐ Slip and Fall
☐ Automobile ☐ Fraudulent Misrepresentation ☐ Negligence

**D.** ☐ **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement

**E.** ☐ **SUBROGATION** – a claim filed by one person in the place of another

**F.** ☐ **FOREIGN JUDGMENT (DOMESTIC)** – judgment, decree or order filed from another jurisdiction

**G.** ☐ **COLLECTION** – a claim filed by a seller / lender to collect a consumer debt

**H.** ☐ **FOREIGN JUDGMENT (INTERNATIONAL)** – judgment, decree or order filed from another country

**I.** ☐ **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes ☐ No

CV-3046/Rev. Sept. 2018

## Motion to Amend

Comes now, Chountelle Hudson, Plaintiff, in the above-captioned case, respectfully asking the court for an order amending the summons heretofore served herein by requesting the following amendment(s) be made:

Request Number One (1) :

**To add Retaliation and Whistleblower**. It is illegal to target employees for filing grievances/complaints. I was retaliated against for reporting assaults, harassment, and drugs being on school campus as reported to us by the site lead and supervisor(s) Caroline Led lie via text message. The retaliation involved consistent write ups, isolation from peers for rooming, harassment and threats by Caroline Led lie, poor performance reviews, and slander to other agencies and individual(s) (including AmeriCorps State and National). Per 42 U.S.C 2000e-2 (a)(2), It is unlawful to limit, segregate, or classify employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities. Not only did Caroline Ledlie verbally state to me and threaten that she was going to make sure that no one else hires me including AmeriCorps State and National, the exhibits I provided in this case proved her attempt to do so.

Request Number Two (2):

**To add Breach of Contract.**

AmeriCorps failed to follow through with their grievance policy, moreover, within the contract, one of the items that was strictly prohibited was Alcohol/Tobacco/Drugs/Drugs Paraphernalia.

Request Number Three (3):

**To add pain and suffering**.

Request Number Four (4) :

**To amend the original request of $5,700, to $570,000.**