UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHOUNTELLE HUDSON,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>      Defendants. | Civil Action No. 23-0318 (TSC) |

## **DECLARATION OF BLAKE FETROW**

I, Blake Fetrow, declare under penalty of perjury the following:

1. This declaration is based on my personal knowledge as well as knowledge made available to me in the course of my official duties. I am over 21 years of age, and I am competent to give this declaration to be introduced as evidence in the above-captioned matter.

2. I am Associate General Counsel/Senior Attorney Adviser with the Corporation for National And Community Service ("CNCS"), d.b.a. AmeriCorps (hereafter "AmeriCorps"). I have held this position since January 4, 2021.

3. As part of my responsibilities, I perform work on legal matters involving the AmeriCorps Office of Inspector General ("OIG"), whistleblower complaints, and complaints filed by and regarding AmeriCorps members and former members assigned or formerly assigned to AmeriCorps grantee and subgrantee programs associated with the AmeriCorps State and National ("ASN") Office, the largest of the agency's grant and member placement offices.

4. I have reviewed the pleadings in the case captioned above filed by Ms. Chountelle Hudson, who is a former AmeriCorps member serving with the Youth Villages-Inner Harbour Campus in Douglassville, GA.

5.      AmeriCorps members are not employees of AmeriCorps, the federal government, or of the grantee/subgrantee program to which they are assigned for their term of national service; their status is that of participants, pursuant to 45 C.F.R. § 2510.20.  As such, AmeriCorps maintains very limited records about members.  These records primarily encompass identifying information, dates of service, and whether service was completed successfully.  More traditional employment-style records such as time sheets, disciplinary records, and personnel files are maintained by the grantee/subgrantee program to which a member is assigned.

6.      No part of Plaintiff's service/member duties during the relevant time took place outside of Georgia, and no part of Plaintiff's service/member duties took place in the District of Columbia.

7.      AmeriCorps operates in all 50 States, including Georgia.

8.      Although AmeriCorps members are not employees, they still maintain the right to file grievances regarding their service with the grantee/subgrantee program to which they are assigned. AmeriCorps requires each of its grantee/subgrantee programs to establish and maintain its own individual grievance procedure, and to advise AmeriCorps members assigned to that program of the procedure and the member's rights under that procedure.  *See* 45 C.F.R. § 2540.230.

9.      In addition to the grievance procedure offered by the individual program where an AmeriCorps member is placed, AmeriCorps members have the right to file a Federal EEO complaint by contacting the AmeriCorps Civil Rights and Employment ("CRE") branch of the Office of the Chief Executive Office of AmeriCorps via e-mail, telephone, or mail. Like most Federal Agencies, AmeriCorps requires a member seeking to make an EEO complaint to do so within 45 days of the date of the occurrence, pursuant to 29 C.F.R. § 1614.105(a)(1) and AmeriCorps Program Civil Rights and Non-Harassment Policy.

10. AmeriCorps members are also authorized to file whistleblower protection complaints pursuant to 41 U.S.C 4712 by making a complaint to the AmeriCorps Office of Inspector General ("OIG") within 3 years of the date of alleged reprisal. *See* National Defense Authorization Act for Fiscal Year 2013, Pub. L. No. 112-239, § 828, 126 Stat. 1837 (controlling law at the time of the Plaintiff's period of service). The AmeriCorps Office of General Counsel maintains a secure database/document archive of all whistleblower investigation reports submitted to AmeriCorps by the OIG.

11. Through my work in my official capacity as Associate General Counsel, I am also familiar with the AmeriCorps EEO complaint database, a secure database in which all formal EEO complaints filed by employees and AmeriCorps members are stored. All relevant information regarding the processing of EEO complaints is routinely placed in this database.

12. On/about November 20, 2023 I accessed the aforementioned database and conducted a name search for all matters under the name "Hudson" and a date range search of 2015 and 2016. I expanded the search to include all dates from 2015 to the present. These searches yielded no results related to the Plaintiff or her allegations that are the subject of the captioned case before this Court.

13. On/about November 20, 2023, I conducted a search of the AmeriCorps Office of General Counsel's document archives, including a section of OIG related matters and a subsection on whistleblower reports forwarded to the agency for action by the OIG. This search yielded no whistleblower complaint filed by the Plaintiff related to this or any other matter, nor any report of whistleblower investigation conducted by the OIG regarding the Plaintiff.

*   *   *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 1st day of December, 2023.

_____
Blake Fetrow
Associate General Counsel
AmeriCorps Office of General Counsel
250 E Street SW
Washington, DC 20525
202-606-3249
bfetrow@americorps.gov