## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this December 1, 2023, the foregoing was caused to be served on Plaintiff via email and first-class mail post prepaid to:

Chountelle Hudson
41 Marietta St., # 645
Atlanta, GA 3031
LCStuckey1@yahoo.com

                                          By: */s/ Anna D. Walker*
                                          ANNA D. WALKER
                                          Assistant United States Attorney